IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO: 6:17-CR-00025-KNM-1 |
| | § | |
| HENRY PHILLIP JACKSON | § | |

**MOTION TO MODIFY JUDGMENT
IN A CRIMINAL CASE
(STANDARD CONDITIONS OF SUPERVISION)**

**TO THE HONORABLE K. NICOLE MITCHELL, U.S. MAGISTRATE JUDGE:**

Now comes the defendant, **HENRY PHILLIP JACKSON**, by and through undersigned counsel, and moves this Court to modify the Standard Conditions of Supervision listed on page 4 of 7 of the *Judgment in a Criminal* Case in this action as follows:

**I.**

Mr. Jackson stands convicted of four misdemeanor offenses. Condition No. 10 of the Standard Condition of Supervision addresses the prohibition of Mr. Jackson of "…owning, possessing or having access to a firearm, etc…" This condition is not applicable to misdemeanor, non-violent offenders. Indeed, during the course of his pre-trial supervision this condition did not apply as Mr. Jackson was allowed access to firearms, ammunition, etc. Therefore, counsel respectfully requests that this condition be eliminated from Mr. Jackson's Supervised Release since his convictions are for misdemeanors only.

Respectfully submitted,

/s/Michael P. Heiskell
Michael P. Heiskell
State Bar No. 09383700
**JOHNSON, VAUGHN & HEISKELL**
5601 Bridge Street, Suite 220
Fort Worth, Texas 76112
(817) 457-2999 telephone
(817) 496-1102 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, I filed the foregoing document with the clerk for the U.S. District Court, Eastern District of Texas, Tyler Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/ Michael P. Heiskell
Michael P. Heiskell