**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO: 6:17-CR-00025-KNM-1** |
| | § | |
| **HENRY PHILLIP JACKSON** | § | |

**ORDER ON MOTION TO MODIFY JUDGMENT IN A CRIMINAL CASE**
**(STANDARD CONDITIONS OF SUPERVISION)**

ON THIS the _____ day of _____, 2017, the Motion to Modify Judgment in a Criminal Case (Standard Conditions of Supervision) came before this Court and is hereby GRANTED.